# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

---

Courtroom Deputy:  Robert R. Keech          Date:  June 3, 2013
Court Reporter:    Janet Coppock            Time: **23 minutes**
Probation Officer: Nicole Peterson          Interpreter: N/A

---

**Criminal Case No.   12-cr-00097-PAB**

Parties                                     Counsel

**UNITED STATES OF AMERICA,**                Mark T. Romley

     Plaintiff,

v.

**1.  MARVIN T. ELLIS**,                      Edward J. Nugent

     Defendant.

---

## SENTENCING MINUTES

---

**11:03 a.m.    COURT IN SESSION.**  Defendant is present and on bond.

APPEARANCES OF COUNSEL.

Court's opening remarks.

11:05 a.m.    Statements by Government (Mr. Romley).

11:05 a.m.     Statement on behalf of Defendant (Mr. Nugent).

**ORDERED:**     Government's Motion for Downward Departure Pursuant to 5K1.1 [ECF Doc. No. 33], filed May 22, 2013, is **GRANTED.**

11:12 a.m.     Statement on behalf of Government (Mr. Romley).

11:14 a.m.     Statement on behalf of Defendant (Mr. Nugent).

11:14 a.m.     Statement by Defendant on his own behalf (Mr. Ellis).

**ORDERED:**     The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **March 27, 2013** to count **1 of the Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on **Probation** for a period of **3** years.

**ORDERED:   Conditions** of **Probation** that:
- (**X**)     Defendant shall not commit another federal, state or local crime.
- (**X**)     Defendant shall not illegally possess controlled substances.
- (**X**)     Defendant shall not possess a firearm or destructive device.
- (**X**)     Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)     The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.
- (**X**)     Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of **Probation** that:

   (**X**)   The defendant shall not be allowed to hunt and/or kill any wildlife or be involved in the hunting of any wildlife.

   (**X**)   The defendant shall be placed on home detention for a period of **6 months**, to commence within **21 days** of sentencing.  During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.  This period of home detention shall be enforced by electronic monitoring.  To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones.  The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

   (**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   Defendant shall pay a **fine** of **$3,000.00.**  The interest requirement on the fine is **WAIVED.**

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within fourteen (14) days of entry of judgment.

**ORDERED**:   Bond is **EXONERATED.**

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**11:26 a.m.**   **COURT IN RECESS**

**Total in court time:   :23**

**Hearing concluded.**